**Dismissed and Memorandum Opinion filed July 12, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00234-CV

_____

### YOLANDA  ROMERO AND RAFAEL ROMERO, Appellants

### V.

### MELANIE EPPINGER, HILSHIR GROUP, LLC, D/B/A HG HOME INSPECTIONS, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1171001**

## MEMORANDUM  OPINION

This appeal is from a judgment signed March 11, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants had not make arrangements to pay for the record.

On May 17, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b).). No response was filed. On June 14, 2022, appellants were ordered to provide this court with proof of payment for the record on or before June 24, 2022. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellants that failure to comply with the court's order would subject the appeal to dismissal without further notice. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellants have not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.